**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6748

KENNETH WAYNE CADDELL,

Plaintiff - Appellant,

versus

SPOTSYLVANIA DEPARTMENT OF SOCIAL SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:07-cv-00345-JCC)

Submitted: September 13, 2007      Decided: September 19, 2007

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Wayne Caddell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Wayne Caddell appeals the district court's order denying relief on his civil complaint challenging a state child custody determination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Caddell v. Spotsylvania Dep't of Social Servs.</u>, No. 1:07-cv-00345-JCC (E.D. Va. Apr. 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>